

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00722-CR

Yvonne **SCHULZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. CC22050188
Honorable Richard L. Jackson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, appellant's motion to dismiss her appeal is GRANTED, and this appeal is DISMISSED.

SIGNED March 1, 2023.

_____
Liza A. Rodriguez, Justice